DONALD MacARTHUR, Respondent, v. COXON REAL ESTATE, INC., Appellant.— GABRIELLI, J.

Herlihy, J. P., Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gabrielli, J.